UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KJ-PARK, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MATCH GROUP, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-02346-VKD<br><br>**REQUEST FOR SUPPLEMENTAL INFORMATION RE MARCH 4, 2024 DISCOVERY DISPUTE LETTER**<br><br>Re: Dkt. No. 74 |

The Court has received and reviewed the parties' March 4, 2024 discovery dispute letter in which plaintiff challenges defendants' and non-party JLL's claims of privilege and/or work product protection. Dkt. No. 74. The parties shall jointly submit a version of Exhibit A to that letter that clearly identifies which entries on the privilege log are disputed. Additionally, defendants and JLL shall provide, for each individual whose name appears in a disputed privilege log entry, a description that indicates (1) the individual's employer on the date listed in the entry, and (2) whether the individual is an attorney, and if so, for which person or entity.

The supplemental information is due by **March 14, 2024**.

**IT IS SO ORDERED.**

Dated: March 11, 2024

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge